

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL LYN NISBET,<br><br>Defendant. | CR-15-43-M-DLC<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of conspiracy in violation of 18 U.S.C. § 371 (Count I) as set forth in the Second Superseding Indictment. Defendant further admits to the First Forfeiture allegation. In exchange for Defendant's plea, the United States has agreed to dismiss Counts 2-218 and the Second and Third Forfeiture allegations in the Second Superseding Indictment.

After examining the Defendant under oath, I have made the following

1

determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against him, and an informed and voluntary admission to the allegation of forfeiture;

2. That the Defendant is aware of the nature of the charge against him and the consequences of pleading guilty to the charge;

3. That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him, and admitting to the allegation of forfeiture;

5. That both his plea of guilty to the criminal offense charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are

true. Therefore, I recommend that the Defendant be adjudged guilty of Count I of the Second Superseding Indictment, and that sentence be imposed. I further recommend the agreed forfeiture as set forth in the First Forfeiture allegation be imposed against Defendant. I further recommend that Counts 2-218 and the Second and Third Forfeiture allegations in the Second Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 15th day of June, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge