IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 15–40–M–DLC–2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PAUL LYN NISBET, | |
| Defendant. | |

The United States has moved the Court for an order allowing the United States to file its unopposed motion and brief in support (Docs. 189, 190) under seal. Finding good cause appearing in support of the motion,

IT IS ORDERED that the United States' motion to file under seal and brief in support (Doc. 188) is GRANTED. The motion and brief in support have been filed under seal.

DATED this 3rd day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court